1  Jefferson T. Collins, Bar #016428
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
3  Telephone: (602) 263-1700
   Fax: (602) 200-7825
4  jcollins@jshfirm.com

5  Attorneys for Defendant Target Stores, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Teresita Kontos and Pericles Kontos, wife and husband, | NO. |
|---|---|
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| Target Stores, Inc.; Jane Does 1-5; John Does 1-5; ABC Companies 1-5; and XYZ Corporations 1-5, | |
| Defendants. | |

Defendant Target Stores, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about April 26, 2019, this action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Yuma under the caption *Teresita Kontos and Pericles Kontos v. Target Stores, Inc., et al.* Copies of the initial pleadings are attached hereto as Exhibit A. Defendant was served by process on October 28, 2019.

2. Target Stores, Inc. is a Minnesota Corporation with its principal place of business in Minneapolis, Minnesota. According to the Complaint, Plaintiffs are residents and citizens of Yuma County, Arizona.

8166776.1

1  3. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Plaintiffs' Complaint does not specify precise damages claimed, however their Initial Disclosure Statement indicates medical expenses over $78,000.  She is claiming ongoing pain and limitations as a result of this. Based upon this information, the amount in controversy exceeds the jurisdictional limits for diversity jurisdiction.  Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

4. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Yuma.

5. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendant Target Stores, Inc. respectfully requests that this action be removed to this Court.

DATED this 22nd day of January 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Jefferson T. Collins
Jefferson T. Collins
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Target Stores, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Kathy Kleinschmidt

8166776.1                                    3