# EXHIBIT A

10·28·19
10:52a
₽⅂

Person/Attorney Filing: Candy Camarena
Mailing Address: 217 S. 2nd Ave
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928) 782-0550
E-Mail Address: secretary1@camarenalaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012657, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF YUMA

Teresita Kontos, et al.
Plaintiff(s),                          Case No.   S1400CV201900637
v.
Target Stores Inc.                     **SUMMONS**
Defendant(s).

To: Target Stores Inc.

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

)

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*September 20, 2019*

*Lynn Fazz*
Clerk of Superior Court

By:*JHADLOCK*
Deputy Clerk



AZTurboCourt.gov Form Set 65792084

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
09/20/2019 8:52AM
BY: JHADLOCK
DEPUTY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CORNELIUS CANDY CAMARENA, P.C.**
C. Candy Camarena
Arizona State Bar No. 12657
217 S. 2nd Avenue
Yuma, Arizona 85364
Phn: (928) 782-0550
Fax: (928) 782-0530
candy@camarenalaw.com
Attorney for Plaintiffs

Case No.: S1400CV201900637
HON. HON LARRY KENWORTHY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YUMA

| TERESITA KONTOS AND PERICLES KONTOS, WIFE AND HUSBAND;<br><br>        PLAINTIFFS,<br><br>VS.<br><br>TARGET STORES INC.; JANE DOES 1-5; JOHN DOES 1-5; ABC COMPANIES 1-5; AND XYZ CORPORATIONS 1-5,<br><br>        DEFENDANTS | **CASE NUMBER:**<br><br>**COMPLAINT**<br><br>**Tort-Slip and Fall**<br><br>**DIV.** |
| --- | --- |

Plaintiffs, by undersigned counsel, hereby allege as follows against the Defendants:

I.

Plaintiffs are wife and husband, and are residents of Yuma County, Arizona.

II.

The Defendant Target Corporation conducts business in Yuma County, Arizona and caused the events complained of herein to occur in Yuma County, Arizona.

III.

The true names or capacities whether individual, corporate, associate or otherwise of any Does are unknown to the Plaintiffs, who sues each of them jointly and individually, by such fictitious names. Plaintiffs believe that each of the Defendants designated by a fictitious name

1

herein is responsible for the events and happenings alleged. The precise nature of such responsibilities are unknown to Plaintiffs, but were known to Defendants, and each of them.

IV.

On or about April 26, 2019, Plaintiff Teresita Kontos was an invitee at Target Corporation, a store located at 1450 Yuma Palms Parkway, Yuma, Arizona.

V.

Plaintiff Teresita Kontos was walking within the Defendant Target store, when she tripped over a floor mat.

VI.

Defendant Target Corporation through the exercise of reasonable diligence, was on constructive notice or actual notice that the floor mat was on the floor and that invitees, such as Plaintiff Teresita Kontos would not see the floor mat.

VII.

The floor mat on floor created an unreasonable and dangerous, defective condition.

VIII.

Defendant Target Corporation, breached its duty of care owed to Plaintiff Teresita Kontos.

IX.

As a proximate result of the conduct of the Defendants, and each of them, Plaintiff Teresita Kontos sustained serious physical and emotional injuries, all of which caused and will continue to cause mental, physical and nervous pain and suffering.

X.

As a further proximate cause of the conduct of the Defendants, and each of them, Plaintiff did require to and did employ medical practitioners to examine, treat and care for Plaintiff Teresita

2

Kontos.  Plaintiff did incur and will in the future incur medical and other related expenses. The exact amount of such expenses are unknown to Plaintiff at this time.

XI.

As a further proximate result of the conduct of the Defendants, and each of them, Plaintiffs suffered lost wages and other property damage in an amount to be proven in trial.

XII.

As a further proximate result of the conduct of the Defendants, and each of them, Plaintiffs suffered loss of marital consortium.

XIII.

Wherefore, Plaintiffs requests judgment against Defendants, and each of them, jointly and severally as follows:

1.  Compensatory damages in an amount which is just and reasonable, but in excess of the jurisdictional requirements of this court;

2.  Plaintiffs' special damages including future damages;

3.  Plaintiffs' costs incurred herein;

4.  For such other and further relief as the Court deems proper.

Respectfully submitted this 19th of September, 2019.

/s/ Candy Camarena
C. Candy Camarena
Attorney for Plaintiffs

ORIGINAL e-filed this 19th day of September, 2019 with:

Yuma County Superior Court

By:/s/ Genesis Nuñez
Genesis Nuñez

3

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
09/20/2019 8:52AM
BY: JHADLOCK
DEPUTY

Case No.: S1400CV201900637
HON. HON LARRY KENWORTHY

Person/Attorney Filing: Candy Camarena
Mailing Address: 217 S. 2nd Ave
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928) 782-0550
E-Mail Address: secretary1@camarenalaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012657, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YUMA

Teresita Kontos, et al.
Plaintiff(s),
v.
Target Stores Inc.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Yuma County Superior Court, and I further certify that
this case IS subject to compulsory arbitration, as provided by Rules 72 through 77 of the
Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Candy Camarena /s/
       **Plaintiff/Attorney for Plaintiff**

 CT Corporation

**Service of Process Transmittal**
10/28/2019
CT Log Number 536525441

TO: Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

RE: **Process Served in Arizona**

FOR: Target Stores, Inc. (Assumed Name) (Domestic State: MN)
Target Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | TERESITA KONTOS AND PERICLES KONTOS, ETC., PLTFS. vs. TARGET STORES INC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Yuma County - Superior Court, AZ
Case # S1400CV201900637 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 04/26/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/28/2019 at 14:27 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 CALENDAR DAYS from the date of service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | C. Candy Camarena
CORNELIUS CANDY CAMARENA, P.C.
217 S. 2nd Avenue
Yuma, AZ 85364
928-782-0550 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/29/2019, Expected Purge Date: 11/03/2019

Image SOP

Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:**
**ADDRESS:** | C T Corporation System
1999 Bryan St Ste 900
Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529
MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
11/12/2019 11:37AM
BY: BLEKAN
DEPUTY

1  Jefferson T. Collins, Bar #016428
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone:  (602) 263-7346
   Fax:  (602) 200-7825
4  jcollins@jshfirm.com
   minuteentries@jshfirm.com
5
6  Attorneys for Defendant Target Stores, Inc.

7              **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                         **COUNTY OF YUMA**

9  TERESITA KONTOS and PERICLES          NO. S1400CV201900637
   KONTOS, wife and husband,
10                                        **DEFENDANT'S ANSWER TO**
                               Plaintiffs, **PLAINTIFFS' COMPLAINT**
11
                                          (Assigned to the Honorable Larry
12          v.                            Kenworthy)

13 TARGET STORES, INC.; JANE DOES 1-5;
   JOHN DOES 1-5; ABC COMPANIES 1-5;
14 and XYZ CORPORATIONS 1-5,

15                             Defendants.

16
17         Defendant Target Stores, Inc. ("Answering Defendant"), by and through

18 undersigned counsel, for its Answer to Plaintiffs' Complaint, admits, denies and alleges as

19 follows:

20         1.     This Answering Defendant is without sufficient information to form a

21 belief as to the truth of the allegations contained in paragraph I of Plaintiffs' Complaint and,

22 therefore, cannot admit or deny at this time.

23         2.     In   response to paragraph II of Plaintiffs' Complaint, this Answering

24 Defendant admits it conducts business in Yuma County, Arizona.  This Answering Defendant

25 denies the remaining allegations contained in paragraph II of Plaintiffs' Complaint.

3.　　　No affirmative response required to paragraph III of Plaintiffs' Complaint but, to the extent an affirmative response is required, this Answering Defendant denies same

4.　　　This Answering Defendant admits the allegations contained in paragraph IV of Plaintiffs' Complaint.

5.　　　In response to paragraph V of Plaintiff's Complaint, the Answering Defendant admits that Plaintiff was a business invitee at the subject Target on April 26, 2019. This Answering Defendant denies the remaining allegations contained  in paragraph V of Plaintiffs' Complaint.

6.　　　This Answering Defendant denies the allegations contained in paragraph VI of Plaintiffs' Complaint.

7.　　　This Answering Defendant denies the allegations contained in paragraph VII of Plaintiffs' Complaint.

8.　　　This Answering Defendant denies the allegations contained in paragraph VIII of Plaintiffs' Complaint.

9.　　　This Answering Defendant denies the allegations contained in paragraph IX of Plaintiffs' Complaint.

10.　　　This Answering Defendant denies the allegations contained in paragraph X of Plaintiffs' Complaint.

This Answering Defendant denies the allegations contained in paragraph XI of Plaintiffs' Complaint.

11.　　　This Answering Defendant denies the allegations contained in paragraph XII of Plaintiffs' Complaint.

12.　　　This Answering Defendant denies the allegations contained in paragraph XIII of Plaintiffs' Complaint.

**AFFIRMATIVE DEFENSES**

This Answering Defendant asserts the following affirmative defenses:

13.     As and for a separate defense and in the alternative, this Answering Defendant alleges that the Complaint fails to state a claim upon which relief may be granted against this Answering Defendant.

14.     As and for a separate defense and in the alternative, this Answering Defendant alleges that Plaintiff was contributorily negligent and/or that any injuries received by Plaintiffs were the result of an intervening/superseding cause or through the negligence of someone other than this Answering Defendant, all of which bars recovery to Plaintiffs herein from this Answering Defendant.

15.     As and for a separate defense and in the alternative, this Answering Defendant alleges that Plaintiffs were negligent in whole or in part thereby reducing or eliminating any damage owing by this Answering Defendant by way of the doctrine of comparative negligence.

16.     Although this Answering Defendant does not presently have specific facts in support of the remaining defenses, it wishes to put counsel for Plaintiffs upon notice that they hereby raise the following defenses which, through subsequent discovery, may indeed be supported by the facts: assumption of risk, statute of limitations, insufficiency of process and insufficiency of service of process and failure to mitigate damages.

17.     As and for a separate defense, and in the alternative, this Answering Defendant alleges that it did not have notice of the allegedly dangerous condition as set forth in Plaintiffs' Complaint, thereby reducing or eliminating any assessment of fault against this Answering Defendant.   Additionally, the incident was not the result of an unreasonably dangerous condition.

WHEREFORE, having fully answered the Complaint, this Answering Defendant request that judgment be entered in its favor as follows:

1     1.  Dismissing the Complaint;

2     2.  Awarding this Answering Defendant its taxable costs; and

3     3.  Awarding this Answering Defendant such other and further relief as this

4 Court deems just and proper.

5     DATED this 12th day of November 2019.

6          JONES, SKELTON & HOCHULI, P.L.C.

7

8         By /s/ Jefferson T. Collins

9          Jefferson T. Collins
           40 North Central Avenue, Suite 2700
10          Phoenix, Arizona  85004
           Attorneys for Defendant Target Stores, Inc.

11

12 ORIGINAL of the foregoing electronically filed
 this 12th day of November 2019.

13

14 COPY of the foregoing mailed/e-mailed
 this 12th day of November 2019, to:

15 C. Candy Camarena
 CORNELIUS CANDY CAMARENA, P.C.
16 217 S. 2nd Avenue
 Yuma, Arizona  85364
17 Attorneys for Plaintiffs

18 /s/ Kathy Kleinschmidt

19

20

21

22

23

24

25

26